```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

Caleb W. Zickafoose,              :

      Plaintiff,            :

  v.                              :    Case No. 2:08-cv-0311

                                      :    JUDGE SMITH

Commissioner of Social
Security,                         :

      Defendant.            :


ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on June 25, 2009. The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is sustained and this case is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.


                                                    /s/ George C. Smith
                                                    George C. Smith
                                                    United States District Judge